UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRET A. LEWIS, et al.,

    Plaintiffs,

v.

UNITED JOINT VENTURE,

    Defendant.

_____/

Case No. 1:07-CV-639

HON. ROBERT J. JONKER

## ORDER

Defendant's motion for summary judgment on Plaintiff's complaint (docket # 45), Plaintiffs' motion for summary judgment on Defendant's counterclaims (docket # 46), and Defendant's motion to compel production of Plaintiffs' tax returns (docket # 50) all came up for hearing on August 26, 2008. Based on the written and oral arguments of the parties and on all matters of record, and for the reasons articulated at the hearing,

**IT IS ORDERED** that:

1. Defendant's motion for summary judgment (docket # 45) is DENIED.

2. Plaintiffs' motion for summary judgment (docket # 46) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED with respect to Defendant's unjust enrichment claim. Accordingly,

        Count IV of the counterclaim is DISMISSED. The motion is DENIED in all other respects.

3.     Defendant's motion to compel production of Plaintiff's tax returns (docket # 50) is GRANTED. Plaintiff shall produce the requested returns within two weeks of the entry date of this Order. The Court finds under Rule 37(a)(5)(A) that an award of costs is not warranted in this instance.

**IT IS FURTHER ORDERED** that no later than September 5, 2008, the parties shall notify the Court of their ADR preference.

Dated:   August 28, 2008         /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE