UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRET A. LEWIS, et al.,

        Plaintiffs/Counter-Defendants,

v.

UNITED JOINT VENTURE,

        Defendant/Counter-Plaintiff.
_____/

CASE NO. 1:07-CV-639

HON. ROBERT J. JONKER

**ORDER**

        This matter is before the Court on Defendant's Motion in Limine to Preclude Evidence of Cost Paid by UJV for Commercial Loan Package and Other Unduly Prejudicial Evidence Regarding UJV (docket #57), Defendant's Motion in Limine to Preclude Evidence or Argument Regarding Damages Incurred Prior to Filing Notices of Disputes with Credit Reporting Agencies (docket #58), and Defendant's Motion in Limine to Preclude Evidence or Argument that Equity Infusions and/or Money Paid into River City Plastics was Intended to Satisfy Personal Guaranty Obligations (docket #59).  The Court heard oral argument on these motions on November 24, 2008.  Based on the Court's review of the record, and for the reasons stated in detail at the hearing:

        **IT IS ORDERED** that Defendant's Motion in Limine to Preclude Evidence of Cost Paid by UJV for Commercial Loan Package and Other Unduly Prejudicial Evidence Regarding UJV (docket #57) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion in Limine to Preclude Evidence or Argument Regarding Damages Incurred Prior to Filing Notices of Disputes with Credit Reporting Agencies (docket #58) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion in Limine to Preclude Evidence or Argument that Equity Infusions and/or Money Paid into River City Plastics was Intended to Satisfy Personal Guaranty Obligations (docket #59) is **GRANTED**.

Dated:   November 24, 2008               /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           UNITED STATES DISTRICT JUDGE