UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRET A. LEWIS, et al.,

      Plaintiffs/Counter-Defendants,

                                      CASE NO. 1:07-CV-639

v.

                                      HON. ROBERT J. JONKER

UNITED JOINT VENTURE,

      Defendant/Counter-Plaintiff.
_____/

**ORDER**

      This matter is before the Court on Defendant/Counter-Plaintiff United Joint Venture's Motion in Limine to Preclude Testimony from Plaintiffs' Designated Expert (docket # 77), Motion in Limine to Preclude Evidence or Argument Regarding Plaintiffs' Wage Loss Claim (docket # 88), and Motion in Limine to Preclude Introduction of Documents or Evidence Not Produced in Initial Disclosures or in Response to Discovery Requests (docket # 89). The Court addressed these matters at the final pretrial conference on March 18, 2009. Based on the Court's review of the record, and for the reasons stated in detail at the hearing:

      **IT IS ORDERED** that United Joint Venture's Motion in Limine to Preclude Testimony from Plaintiffs' Designated Expert (docket # 77) is **GRANTED** to the extent of precluding his testimony on "credit stigma" damages and **DISMISSED** as moot in other respects.

      **IT IS FURTHER ORDERED** that United Joint Venture's Motion in Limine to Preclude Evidence or Argument Regarding Plaintiffs' Wage Loss Claim (docket # 88) is **DENIED** without

prejudice, pending continuing efforts of Plaintiffs' counsel to secure documentation on the issue, including without limitation relevant W-2 forms and 1099 forms.

**IT IS FURTHER ORDERED** that United Joint Venture's Motion in Limine to Preclude Introduction of Documents or Evidence Not Produced in Initial Disclosures or in Response to Discovery Requests (docket # 89) on the subject described in the motion is **GRANTED**.


Dated: March 19, 2009  /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE