# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

BRET A. LEWIS, REBECCA J. LEWIS,
J. BRUCE JENNINGS, and HOWARD D. ROSS,

      Plaintiffs,

v.

UNITED JOINT VENTURE,

      Defendants.
_____/

Case No. 1:07-CV-639

Hon. Robert J. Jonker

## JUDGMENT IN A CIVIL CASE

This action was:

☒ tried by a jury with Judge Jonker presiding, and the jury rendered a verdict on April 17, 2009.

### IT IS ORDERED that

☒ the Plaintiff Bret A. Lewis recover from the Defendant United Joint Venture the amount of $30,000 in actual damages and $250,000 in punitive damages;

☒ the Plaintiff Rebecca J. Lewis recover from the Defendant United Joint Venture the amount of $25,000 in actual damages and $250,000 in punitive damages;

☒ the Plaintiff J. Bruce Jennings recover from the Defendant United Joint Venture the amount of $25,000 as actual damages and $500,000 in punitive damages;

☒ the Plaintiff Howard D. Ross recover from the Defendant United Joint Venture the amount of $25,000 as actual damages and $500,000 in punitive damages;

☒ the Counter-Plaintiff United Joint Venture recover from the Counter-Defendant Bret A. Lewis and Rebecca J. Lewis the amount of $256,797.29 in damages;

☒ the Counter-Plaintiff United Joint Venture recover from the Counter-Defendant J. Bruce Jennings the amount of $255,367.29 in damages;

☒ the Counter-Plaintiff United Joint Venture recover from the Counter-Defendant Howard D. Ross the amount of $306,726.14 in damages;

together with interest, costs and attorney fees as permitted by law.

           Tracey Cordes, Clerk of Court

Date: April 30, 2009          /s/ Melva I. Ludge, Deputy Clerk